UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| L.G., by and through his next friends, his parents, G.G. and L.G, ) ) ) | | |
| Plaintiffs, ) ) | Civil Action No. 5: 18-202-DCR | |
| V. ) ) | | |
| FAYETTE COUNTY KENTUCKY BOARD OF EDUCATION, ) ) ) | **JUDGMENT** | |
| Defendant. ) | | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Fayette County Kentucky Board of Education with respect to all claims asserted by the plaintiffs.

2. This action is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 12th day of June, 2018.



- 1 -